NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CENTRIPETAL NETWORKS, LLC,**
*Appellant*

**v.**

**KEYSIGHT TECHNOLOGIES, INC.,**
*Appellee*

———————————

2024-2374

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00448.

-------------------------------------------------

**KEYSIGHT TECHNOLOGIES, INC.,**
*Appellant*

**v.**

**CENTRIPETAL NETWORKS, LLC,**
*Appellee*

———————————

2025-1053

———————————

2    CENTRIPETAL NETWORKS, LLC v. KEYSIGHT TECHNOLOGIES, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00448.

————————————

**ON MOTION**

————————————

**O R D E R**

The parties stipulate to dismissal of Appeal No. 2024-2374 pursuant to Federal Rule of Appellate Procedure 42(b)(1) and move for Keysight Technologies, Inc.'s opening brief in Appeal No. 2025-1053 be due April 21, 2025.  ECF No. 20.

Upon consideration thereof,

It Is Ordered That:

(1)  The motion is granted to the extent that Appeal No. 2024-2374 is voluntarily dismissed, the revised official caption for the remaining appeal, Appeal No. 2025-1053, is reflected in this order, and Keysight Technologies's opening brief in Appeal No. 2025-1053 is due no later than April 21, 2025.

CENTRIPETAL NETWORKS, LLC v. KEYSIGHT TECHNOLOGIES, INC.    3

(2)  Each side shall bear its own costs as to Appeal No. 2024-2374.

FOR THE COURT



March 17, 2025
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2024-2374 only): March 17, 2025